UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JANET ROLLAND,

    Plaintiff,

v.

SPARK ENERGY, LLC,

    Defendant.

Civil Action No. 17-2680 (MAS) (LHG)

**ORDER**

This matter comes before the Court on Defendant Spark Energy, LLC's ("Defendant") Third Motion to Dismiss and Motion to Strike Class Allegations. (ECF No. 54.) Plaintiff opposed (ECF No. 59), and Defendant replied (ECF No. 67). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1.

For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 29th day of April, 2019 **ORDERED** that:

1. Defendant's Motion to Dismiss (ECF No. 54) Plaintiff's NJCFA claim is **GRANTED with prejudice**.

2. Defendant's Motion to Strike the Multistate Class Allegations (ECF No. 54) is **DENIED**.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**