## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANET ROLLAND and MICHAEL HARTY, individually and on behalf all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SPARK ENERGY, LLC,<br><br>　　　　　　　　Defendant. | No. 3:17-cv-02680-MAS-LHG |

### PLAINTIFFS' NOTICE OF UNCONTESTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on December 1, 2022 at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Janet Rolland and Michael Harty ("Plaintiffs"), by and through their counsel, Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, and Mazie Slater Katz & Freeman, LLC, will move before the Honorable Lois J. Goodman, U.S.M.J., of the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, located at 402 East State Street, Trenton, New Jersey 08608, for the entry of an order granting Final Approval of the Class Action Settlement.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs shall rely upon the accompanying brief, the Declaration of D. Greg Blankinship, the Declaration of Matthew Mendelsohn, the attached exhibits, and the attached proposed Order.

Respectfully submitted,

Dated: October 27, 2022

/s/ *Matthew R. Mendelsohn*
Matthew R. Mendelsohn
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower
Parkway Roseland, NJ 07068
(973) 228-9898
mrm@mazieslater.com

Greg Blankinship (admitted *pro hac vice*)
Todd S. Garber (admitted *pro hac vice*)
Chantal Khalil (admitted *pro hac vice*)
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
(914) 298-3281
gblankinship@fbfglaw.com
tgarber@fbfglaw.com
ckhalil@fbfglaw.com